# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0967.  DWAYNE LADEXTER MEADOWS v. CITY OF CUSSETA et al.**
**A19A0968.  DWAYNE LADEXTER MEADOWS v. GLYNN COOPER et al.**

On October 1, 2018, the trial court entered separate orders in each of these cases granting the defendants' motions to dismiss. Thirty-one days later, on November 1, 2018, plaintiff Dwayne Ladexter Meadows filed separate notices of appeal to this Court in each case. However, a notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Because Meadows did not timely file the notices of appeal in these cases, we lack jurisdiction over these appeals, which are hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  01/10/2019
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.